# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS N. JERNIGAN, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:10-CV-591-RAS |
| | § | |
| CAMPBELL SOUP SUPPLY | § | |
| COMPANY LLC, | § | |
|    *Defendant*. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal filed by Plaintiff Thomas N. Jernigan and Defendant Campbell Soup Supply Company LLC, this lawsuit is hereby dismissed in its entirety, with prejudice, with the parties to bear their own costs and attorneys' fees.

**SIGNED this the 28th day of June, 2011.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

| **KILGORE & KILGORE, PLLC** | **HUNTON & WILLIAMS LLP** |
|---|---|
| By: /s/ John H. Crouch, IV<br>John H. Crouch, IV<br>State Bar No. 00783906 | By: /s/ Julie I. Ungerman<br>Julie I. Ungerman<br>State Bar No. 00791835<br>Sarah E.W. McGahee<br>State Bar No. 24051488 |
| 3109 Carlisle, Suite 200<br>Dallas, TX 75204-2471<br>214.969.9099<br>214.953.0133 (Fax)<br>jhc@kilgorelaw.com | 1445 Ross Avenue, Suite 3700<br>Dallas, Texas 75202<br>214.979.3039<br>214.880.0011 (Fax)<br>jungerman@hunton.com<br>smcgahee@hunton.com |
| **ATTORNEYS FOR PLAINTIFF THOMAS N. JERNIGAN** | **ATTORNEYS FOR DEFENDANT CAMPBELL SOUP SUPPLY COMPANY LLC** |